UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RYAN MONIER | § | Docket No. 2:23-cv-04563 |
| | § | |
| | § | |
| VERSUS | § | Judge: NANNETTE JOLIVETTE |
| | § | BROWN |
| | § | |
| ALLIED TRUST INSURANCE COMPANY | § | Magistrate Judge: MICHAEL |
| | § | NORTH |

## JOINT MOTIONTO DISMISS WITH PREJUDICE

NOW INTO COURT, comes both Plaintiff and Defendant, through undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, Ryan Monier, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 27, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5.  Subsequently, Plaintiff informed Plaintiff's counsel that they did not wish to pursue this claim;

Accordingly, upon due consideration of the facts and law, Plaintiff and Defendant wish to file Dismissal with Prejudice as agreed upon.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court GRANT this Joint Motion and enter an order dismissing the above-referenced claim without prejudice.

Respectfully Submitted,

| /s/ John D. Mineo, IV | /s/ Mark Ladd |
|---|---|
| John D. Mineo , IV | MARK LADD (30847) |
| The Monson Law Firm, LLC | GALINDO LAW FIRM |
| 5 Sanctuary Blvd., Ste. 101 | 3850 North Causeway Blvd. |
| Mandeville, LA 70471 | Ste. 1520 |
| 985-778-0678 | Metairie, Louisiana 70002 |
| Email: john@monsonfirm.com | Ph. 713-228-3030 |
| ATTORNEYS FOR DEFENDANT | Fax 713-228-3003 |
| | hurricane@galindolaw.com |
| | ATTORNEYS FOR PLAINTIFF |